# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN CAMPBELL, | |
| Plaintiff, | 2:15-cv-01893-RFB-CWH |
| vs. | **REPORT AND RECOMMENDATION** |
| DISTRICT ATTORNEY OF CLARK COUNTY, et al., | |
| Defendants. | |

On March 30, 2017, the court entered an order denying Plaintiff Nathan Campbell Sr.'s application to proceed *in forma pauperis* without prejudice. (Order (ECF No. 12).) The order required Plaintiff to file a complete application to proceed *in forma pauperis* or to pay the $400.00 fee for filing a civil action by May 1, 2017. (*Id.* at 6.) The court advised Plaintiff that failure to comply with its order may result in a recommendation that his case be dismissed. (*Id.*) Plaintiff has not taken any action in this case since the court's order dated March 30, 2017, and he therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Nathan Campbell Sr.'s case be DISMISSED without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive

the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 4, 2017

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE