UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATHAN CAMPBELL, SR., | Case No. 2:15-cv-01893-RFB-CWH |
| PETITIONER, | |
| v. | **ORDER** |
| DISTRICT ATTORNEY OF CLARK COUNTY, *et al.*, | |
| RESPONDENT'S. | |

Before the Court for consideration is the Report and Recommendation [ECF No. 13] of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered May 4, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 18, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1     **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 13] is ACCEPTED and ADOPTED in full.

    **IT IS FURTHER ORDERED** that [ECF Nos. 15, 16, 17, 18 & 20] are denied as moot.

    **IT IS FURTHER ORDERED** that Plaintiff's Nathan Campbell Sr.'s case is **DISMISSED** without prejudice.

    The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: December 19, 2017.

    **RICHARD F. BOULWARE, II**
    **United States District Judge**