# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATHAN CAMPBELL,

    Plaintiff,

vs.

DISTRICT ATTORNEY OF CLARK COUNTY, et al.,

    Defendants.

2:15-cv-01893-RFB-CWH

**ORDER**

    Presently before the court is pro se plaintiff Nathan Campbell's motion (ECF No. 23), filed on January 11, 2018. Plaintiff requests that the court mail to him any orders that were entered between September 11, 2017, and January 11, 2018, stating that he has a new mailing address. During that date range, an order (ECF No. 21) dismissing the case and a judgment (ECF No. 22) were entered by the court. Given Campbell's change of address, the court finds there is good cause to grant the motion to the extent that Campbell requests copies of the orders entered during the specified date range. To the extent the motion requests additional relief, the motion is denied because it is unclear to the court exactly what relief Campbell seeks.

    IT IS THEREFORE ORDERED that plaintiff Nathan Campbell's motion (ECF No. 23) is GRANTED in part and DENIED in part as stated in this order.

    IT IS FURTHER ORDERED that the clerk of court must update Campbell's address in the docket as follows:

/ / /

/ / /

| | |
|---|---|
| 1 | Nathan D. Campbell Sr. |
| | #1602756 |
| 2 | 330 S. Casino Center Boulevard |
| | Las Vegas, Nevada 89101 |
| 3 | |
| 4 | IT IS FURTHER ORDERED that the clerk of court must mail to Campbell's new address |
| 5 | copies of the court's order (ECF No. 21) and judgment (ECF No. 22) that were entered on December |
| 6 | 19 and December 20, 2017, respectively. |
| 7 | |
| 8 | DATED: January 12, 2018 |
| 9 | |
| 10 | _____ |
| 11 | C.W. HOFFMAN, JR. |
| | UNITED STATES MAGISTRATE JUDGE |