# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN CAMPBELL, | ) |
|     Plaintiff, | ) 2:15-cv-01893-RFB-CWH |
| vs. | ) **ORDER** |
| DISTRICT ATTORNEY OF CLARK COUNTY, et al., | ) |
|     Defendants. | ) |

Presently before the court is pro se plaintiff Nathan Campbell's document titled "Quasi in Rem Action; Habeas Corpus Certiorari; Motion in Limine; Request for Independant [sic] Counsel & Administrative Hearing; Fdr. C. P. #18 & 19 Joinder of Claims" (ECF Nos. 25, 26), filed on January 31, 2018. Also before the court is Campbell's document titled "Amended Complaint; Quasi in Rem Action; Habeas Corpus-Certiorari; Motion in Limine; De Novo Review" (ECF No. 27), filed on January 31, 2018.

This case was dismissed without prejudice on December 20, 2017. (Order (ECF No. 21); J. (ECF No. 22).) Given that the case is closed and that it is unclear exactly what relief Campbell seeks by way of these documents, the court will not take further action with respect to these documents.

IT IS SO ORDERED.

DATED: March 8, 2018

                                                C.W. HOFFMAN, JR.
                                                UNITED STATES MAGISTRATE JUDGE